# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL RYAN and AMY RYAN, his wife, <br><br> Plaintiffs, <br><br> v. <br><br> TERRELL REED and FTI a/k/a FREDERICK THOMPSON CO., d/b/a BILL THOMPSON TRANSPORT, INC., <br><br> Defendants. | CIVIL ACTION NO. 3:12-0991 <br><br> (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 29th day of May, 2012, **IT IS HEREBY ORDERED** that removing Defendants Terrell Reed and FTI a/k/a Frederick Thompson Co., d/b/a Bill Thompson Transport, Inc. are given leave to file an amended notice of removal within **twenty-one (21) days** from the date of entry of this Order. If Defendants fail to do so, the action will be remanded to the Court of Common Pleas of Lackawanna County, Pennsylvania.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge