**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MICHAEL RYAN and AMY RYAN, his
wife,

     Plaintiffs,

        v.

TERRELL REED and FTI a/k/a
FREDERICK THOMPSON CO., d/b/a
BILL THOMPSON TRANSPORT, INC.,

     Defendants.

CIVIL ACTION NO. 3:12-0991

(JUDGE CAPUTO)

## ORDER

**NOW**, this 29th day of May, 2012, **IT IS HEREBY ORDERED** that removing Defendants Terrell Reed and FTI a/k/a Frederick Thompson Co., d/b/a Bill Thompson Transport, Inc. are given leave to file an amended notice of removal within **twenty-one (21) days** from the date of entry of this Order.  If Defendants fail to do so, the action will be remanded to the Court of Common Pleas of Lackawanna County, Pennsylvania.


     /s/ A. Richard Caputo
     A. Richard Caputo
     United States District Judge